UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC, | : Civil Action No. 2:20-cv-351 (CCC)(MF) |
| Plaintiff, | : |
| -against- | : |
| ANTHONY FIORINO, M.D.; DANIEL KAZADO; DANIEL TEPER, M.D.; JEFFREY PALEY, M.D.; JOHN NECZESNY; THE ESTATE OF GARY H. RABIN; and JOHN DOE 1-10 AND JANE DOE 1-10, | : |
| Defendants. | : |

---

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel for Plaintiff Discover Growth Fund, LLC ("Plaintiff") and Defendants Anthony Fiorino, M.D., Daniel Teper, M.D., Jeffrey Paley, M.D. and John Neczesny (collectively as "Defendants"), that Defendants hereby authorize their counsel to accept service of process and acknowledge service of the Corrected Amended Complaint [Dkt. No. 5] as of the date hereof;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that Defendants time to answer or otherwise respond to the Corrected Amended Complaint shall be April 8, 2020.

Nothing contained herein shall waive or modify any rights of the parties, except as set forth herein, and all such rights are hereby reserved.

Dated: ~~February 27~~ March 5, 2020

| GIBBONS P.C. | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP |
|---|---|
| By: /s/ Dale E. Barney<br>Dale E. Barney<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel. (973) 596-4500<br>Email: dbarney@gibbonslaw.com | By: /s/ John E. Jureller, Jr.<br>John E. Jureller, Jr.<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel. (212) 972-3000<br>Email: jjureller@klestadt.com |
| Attorneys for Plaintiff | Attorneys for Defendants |