UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC,<br><br>    Plaintiff,<br>vs.<br><br>ANTHONY FIORINO, M.D.; DANIEL KAZADO; DANIEL TEPER, M.D.; JEFFREY PALEY, M.D.; JOHN NECZESNY; THE ESTATE OF GARY H. RABIN; and JOHN DOE 1-10 AND JANE DOE 1-10,<br><br>    Defendants. | Case No. 2:20-cv-351(CCC)(MF)<br><br>**ORDER ADMITTING COUNSEL**<br>*PRO HAC VICE* |

**THIS MATTER** having been brought before the Court by Michael Rato of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant Dr. Jeffrey Paley, M.D. on application for an Order allowing Eliott Berman of McElroy, Deutsch, Mulvaney & Carpenter, LLP to appear and participate *pro hac vice*; and counsel for all other parties in this action have consented to this application; and the Court having considered the moving papers, and response thereto, and for good cause shown;

**IT IS** on this 3rd day of March, 2021,

**ORDERED** that Eliott Berman, a member of the Bar of the State of New York, is permitted to appear *pro hac vice* in the above-captioned matter; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the court shall be signed by a member or associate of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys of record for Defendant Dr. Jeffrey Paley, M.D., who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Eliott Berman, if he has not already done so, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, and it is further

**ORDERED** that Eliott Berman shall make payment of the appropriate fee to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Eliott Berman shall be bound by the Rules of the United States District Court for the District of New Jersey.

_s/Mark Falk_____
Hon. Mark Falk, U.S.M.J