UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DISCOVER GROWTH FUND, LLC,

Plaintiff,

vs.

ANTHONY FIORINO, M.D.; DANIEL KAZADO; DANIEL TEPER, M.D.; JEFFREY PALEY, M.D.; JOHN NECZESNY; THE ESTATE OF GARY H. RABIN; and JOHN DOE 1-10 AND JANE DOE 1-10,

Defendants.

Case No. 2:20-cv-351(CCC)(AME)

**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL**

Notice is hereby given that, subject to approval by the Court, Defendant Dr. Jeffrey Paley, M.D. hereby substitutes John E. Jureller, Jr. of Klestadt Winters Jureller Southard & Stevens, LLP as counsel of record for Dr. Paley in place of the Firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP.

Contact information for new counsel is as follows:

John E. Jureller, Jr.
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Fl.
New York, New York 10036
(212) 972-3000
JJureller@Klestadt.com

I consent to the above substitution.

Date: 6/7/21

Dr. Jeffrey Paley

| | |
|---|---|
| I consent to being substituted. | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |

Date: *June 7, 2021*

/s/Michael Rato
Michael Rato
1300 Mount Kemble Avenue
Morristown, New Jersey 07960
(973) 993-8100

I consent to the above substitution.

**KLESTADT WINTERS
JURELLER SOUTHARD
& STEVENS, LLP**

Date: *June 7, 2021*

/s/John E. Jureller, Jr.
John E. Jureller, Jr.
200 West 41st Street, 17th Fl.
New York, New York 10036
(212) 972-3000

The substitution of attorney is hereby approved and **SO ORDERED**.

Date: June 9, 2021

/s/ André M Espinosa
ANDRÉ M. ESPINOSA
United States Magistrate Judge